# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| CIARA SHANTEE WINCKLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:19-cv-01530-KOB-SGC |
| | ) | |
| PATRICIA V. BRADLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 25, 2022, recommending the petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 by Ciara Shantee Winckler be dismissed for failure to exhaust administrative remedies. (Doc. 12). Although advised of their right to file specific written objections within fourteen calendar days, the parties have not submitted objections, or any other response, within the time allowed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. In accordance with the recommendation, the court finds that the petition is due to be dismissed for failure to exhaust administrative remedies.

The court will enter a separate Final Order.

DONE and ORDERED this 8th day of March, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE